**Dismissed and Memorandum Opinion filed August 13, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00457-CV

---

### AL GIOVANNI AND AHMAD YAZDCHI, Appellants

### V.

### FONDREN RICHMOND AND ROBERT TURK, Appellees

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-48047**

---

### MEMORANDUM OPINION

This is an appeal from an order signed April 22, 2024. The notice of appeal was filed June 24, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On July 25, 2024, this court ordered appellant to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without further notice.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.